In the Matter of Proving the Last Will and Testament and Codicil Thereto of EDWARD LAWLER, Deceased. JULIA LAWLER LAMBE and Others, Appellants; TRUST AND DEPOSIT COMPANY OF ONONDAGA, as Executor, etc.,

* See Code Civ. Proc. § 1013.— [REP.

Respondent.— Order entered May 10, 1919, affirmed, without costs. Order entered May 17, 1919, affirmed, with ten dollars costs and disbursements, with leave to appellants to renew the motion to send the proceeding to the Supreme Court for trial in the event that the respondents are not ready for trial at the November, 1919, term. We think that if the respondents are not ready at the November term the trial should not be delayed for six months, until the next term of the Surrogate's Court. All concurred.

GEORGE W. DUELL, Respondent, v. DONNER STEEL Co., INC., Appellant. — Judgment and order affirmed, with costs. All concurred.